AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

V.

Billy Geris

## JUDGMENT OF ACQUITTAL

CASE NUMBER: S13 12 CR 171-30(JPO)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Hon. J. Paul Oetken | U.S.D.J. |
| Name of Judge | Title of Judge |

11-18-13
Date